**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARY DAVIS, NANCY MATOR and ROBERT MATOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WESCO INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:26-cv-01710<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARISSA N. PEMBROKE**

Marissa N. Pembroke, undersigned counsel for Plaintiffs, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Plaintiffs in the above-captioned matter pursuant to Local Civil Rules 83.2 and 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Marissa N. Pembroke filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 17, 2026

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

By: */s/ Marissa N. Pembroke*
Steven A. Schwartz (PA Bar No. 50579)
Beena M. McDonald (PA Bar No. 83315)
Alex M. Kashurba (PA Bar No. 319003)
Marissa N. Pembroke (*pro hac vice forthcoming*)
Holly E. Jones (*pro hac vice forthcoming*)

One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
sas@chimicles.com
bmm@chimicles.com
amk@chimicles.com
mnp@chimicles.com
hej@chimicles.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via ECF filing.

*/s/ Marissa N. Pembroke*
Marissa N. Pembroke