**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARY DAVIS, NANCY MATOR and ROBERT MATOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WESCO INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:26-cv-01710<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MARISSA N. PEMBROKE IN SUPPORT OF**
***MOTION FOR ADMISSION PRO HAC VICE***

Marissa N. Pembroke declares as follows:

1. I am an Associate with the law firm of Chimicles Schwartz Kriner & Donaldson-Smith LLP, counsel for Plaintiffs.

2. My business address is 361 W. Lancaster Avenue, Haverford, PA 19041; my telephone number is (610) 642-8500; my fax number is (610) 649-3633; and my email is marissapembroke@chimicles.com.

3. I submit this declaration in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter. I am an active member in good standing of the bar of the Supreme Court of Pennsylvania (PA Bar No. 330494) and several other District Courts listed on the attached chart. I am a 2021 graduate of Rutgers Law School.

4. A current certificate of good standing from the Supreme Court of Pennsylvania is attached hereto as Exhibit A.

5. I have not been subject to any disciplinary proceedings concerning my practice of law.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. I will comply with the rules of this Court.

WHEREFORE, I respectfully request that I be admitted to appear as counsel *pro hac vice* in the above-captioned case.

I certify under 28 U.S.C. § 1746 that the foregoing statements made by me are true and correct. Signed under penalty of perjury this 17th day of August, 2026 in Haverford, Pennsylvania.

Dated: August 17, 2026

*/s/ Marissa N. Pembroke*
Marissa N. Pembroke

# COURT ADMISSIONS – MARISSA N. PEMBROKE

| COURT | DATE ADMITTED | IN GOOD STANDING? |
|---|---|---|
| Pennsylvania Supreme Court<br>(PA I.D. No. 330494)<br>Clerk's Office<br>468 City Hall<br>Philadelphia, PA 19107<br>215-560-6370 | 11/8/2021 | Yes |
| Eastern District of Pennsylvania<br>Clerk's Office<br>U.S. Courthouse<br>601 Market Street, Room 2609<br>Philadelphia, PA 19106-1797<br>215-597-7704 | 2/8/2022 | Yes |
| Middle District of Pennsylvania<br>Clerk's Office<br>William J. Nealon Federal Bldg.<br>& U.S. Courthouse<br>235 N. Washington Avenue<br>Scranton, PA 18503<br>570-207-5600 | 1/18/2023 | Yes |

# Exhibit A

**Supreme Court of Pennsylvania**

# CERTIFICATE OF GOOD STANDING

***Marissa Pembroke, Esq.***

**DATE OF ADMISSION**

***November 8, 2021***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: July 2, 2026**

Darian Holland
Chief Clerk