**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

MARY DAVIS, NANCY MATOR and ROBERT MATOR on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WESCO INTERNATIONAL, INC.,

Defendant.

Case No. 2:26-cv-01710

**CLASS ACTION COMPLAINT**

JURY TRIAL DEMANDED

## [PROPOSED] ORDER

AND NOW, this ___day of____________, 2026, it is hereby ORDERED, ADJUDGED and DECREED that Marissa N. Pembroke of the firm Chimicles Schwartz Kriner & Donaldson-Smith LLP is admitted *pro hac vice* to practice before the Bar of this Court as counsel for Plaintiffs in the above-captioned matter.

________________________________
Honorable J. Nicholas Ranjan
United States District Judge